UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 20 PM 12: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DIRECTV, Inc., a California corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-2025-MI/Bre |
| ) | |
| JAMES PARR, ) | |
| ) | |
| Defendant. ) | |

**AGREED ORDER OF COMPROMISE AND DISMISSAL
AS TO DEFENDANT JAMES PARR**

It appearing to the court that the parties have settled all matters in controversy existing between them it is therefore accordingly ORDERED, ADJUDGED AND DECREED by the court that:

The Complaint of the Plaintiff, DIRECTV, Inc. is hereby dismissed with prejudice as to Defendant JAMES PARR.

_____
Judge

Respectfully Submitted,

_____        _____
Robert R. Carl (#017911)          Barry R. Tidwell, Esq. (#020544)
BAKER, DONELSON, BEARMAN          530 Church Street, Suite 202
CALDWELL & BERKOWITZ, P.C.        Nashville, TN 37219
2200 Riverview Tower
900 South Gay Street              *Attorney for JAMES PARR*
Post Office Box 1792
Knoxville, Tennessee 37901
(865) 549-7000

*Attorneys for DIRECTV, Inc.*

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-21-05

1

K RRC 176820 v1
2815281-000282  06/23/2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:03-CV-02025 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Robert R. Carl
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Barry R. Tidwell
TIDWELL CARTEE, P.C.
530 Church St.
Ste. 202
Nashville, TN 37219

Micheal P. Sayne
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT