UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 25 PM 3: 34
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DIRECTTV, Inc., a California Corporation, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| JAMES PARR, | CASE NO: 2:03-2025-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Compromise And Dismissal As To James Parr entered on July 21, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_[signature]_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

7/25/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_Earlene Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-25-05

(13)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:03-CV-02025 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Barry R. Tidwell
TIDWELL CARTEE, P.C.
530 Church St.
Ste. 202
Nashville, TN 37219

Micheal P. Sayne
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert R. Carl
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT